UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| INTELLIGENT PRODUCTS INC. OF ILLINOIS | Case No. C-1-02-426 |
| Plaintiff, | (Judge Susan J. Dlott) |
| v. | |
| BFT, INC. d/b/a GREAT AMERICAN BUSINESS PRODUCTS | **AGREED ORDER REGARDING MODIFICATION OF COURT'S SCHEDULING ORDER** |
| Defendant. | |

Plaintiff and Defendant, by and through counsel, hereby stipulate and agree as follows:

The parties request that the Court modify the dates set forth in the Scheduling Order that was entered on February 12, 2003, as modified on July 22, 2003. In particular, the parties request that the current Scheduling Order be changed as follows:

| | |
|---|---|
| Fact Discovery Cutoff | 10/17/03 |
| Initial Expert Report (Party with burden of proof) | 11/10/03 |
| Rebuttal Expert Report | 12/12/03 |
| Discovery Cutoff | 1/16/04 |

No other dates in the current Scheduling Order are being changed by this request.

STIPULATED AND AGREED:

David E. Schmit (0021147)  
Ann G. Robinson (0064234)  
Attorney for Plaintiff Intelligent  
   Products Inc. of Illinois  
Frost Brown Todd LLC  
2200 PNC Center  
201 East Fifth Street  
Cincinnati, Ohio 45202  
(513) 651-6900  
(513) 651-6981 (fax)

Jacqueline A. Criswell *by Ann G. Robinson per email authorization*  
Attorney for Defendant BFT, Inc.  
Tressler, Soderstrom, Maloney & Priess  
Sears Tower, 22nd Floor  
233 South Wacker Drive  
Chicago, Illinois 60606-6308  
(312) 627-4000  
(312) 627-1717 (fax)

Michael Chu  
Attorney for Defendant BFT, Inc.  
Brinks, Hofer, Gilson & Lione  
NBC Tower  
455 North Cityfront Plaza Dr., Ste. 3600  
Chicago, Illinois 60611-599  
(312) 321-4200

Duane R. Skavdahl (0060893)  
Attorney for Defendant BFT, Inc.  
Smith, Rolfes & Skavdahl, L.P.A.  
1014 Vine Street, Suite 2350  
Cincinnati, Ohio 45202  
(513) 579-0080  
(513) 579-0222 (fax)

SO ORDERED this _____ day of _____, 2003.

*Susan J. Dlott*  
UNITED STATES DISTRICT JUDGE

CinLibrary/1322958.1