IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**INTELLIGENT PRODUCTS INC.
OF ILLINOIS,**

        **Plaintiff,**

   vs.                             Civil Action 1:02-CV-426
                                           Judge Dlott

**BFT, INC., dba Great
American Business Products,**

        **Defendant.**

## ORDER

A settlement conference will be held before the undersigned on October 28, 2003. No later than October 27, 2003, the parties shall provide to the undersigned and to each other a comprehensive articulation of their settlement positions, including their assessment of the merits of the claims and defenses in this case. These articulations may be served by facsimile, but should not be filed of record.

                                              s/Norah McCann King
                                              Norah M<sup>c</sup>Cann King
                                         United States Magistrate Judge