IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

INTELLIGENT PRODUCTS
INCORPORATED OF ILLINOIS,

    Plaintiff,

vs.                         Civil Action 1:02-CV-426
                                  Judge Dlott

BFT, INC.,

    Defendant.

## ORDER

The parties continue to discuss terms of settlement. Under these circumstances, and with the approval of the District Judge, the primary expert designation date is **EXTENDED** to November 28, 2003. Rebuttal experts may be designated thirty (30) days thereafter.

                                            s/Norah McCann King
                                              Norah M<sup>c</sup>Cann King
                                   United States Magistrate Judge