UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| INTELLIGENT PRODUCTS INCORPORATED OF ILLINOIS | : Case No. C-1-02-426 |
| | : |
| | : Judge Susan J. Dlott |
| Plaintiff, | : |
| | : Magistrate Judge Norah M. King |
| v. | : |
| | : |
| BFT, INC. d/b/a GREAT AMERICAN BUSINESS PRODUCTS | : **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| | : |
| Defendant. | : |

Plaintiff Intelligent Products Incorporated of Illinois and Defendant BFT, Inc., having agreed to a settlement of all claims in this action, the terms of which are set forth in a separate Settlement Agreement executed by the parties, hereby stipulate and agree that this action is voluntarily dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. It is further stipulated and agreed that this Court shall retain jurisdiction over disputes relating to a breach of the Settlement Agreement. This Stipulation is signed for all parties who have appeared in this action.

Each party shall bear its own costs and attorneys' fees.

STIPULATED AND AGREED:

*[signature]*                                             *[signature]*

Ann G. Robinson  (0064234)                  Jacqueline A. Criswell
David E. Schmit  (0021147)                   Attorney for Defendant BFT, Inc.
Attorney for Plaintiff Intelligent              Tressler, Soderstrom, Maloney & Priess
   Products Inc. of Illinois                   Sears Tower, 22nd Floor
Frost Brown Todd LLC                          233 South Wacker Drive
2200 PNC Center                                  Chicago, Illinois  60606-6308
201 East Fifth Street                              (312) 627-4000
Cincinnati, Ohio  45202                       (312) 627-1717 (fax)
(513) 651-6900
(513) 651-6981  (fax)                            Michael Chu
                                                        Attorney for Defendant BFT, Inc.
                                                         Brinks, Hofer, Gilson & Lione
                                                         NBC Tower
                                                         455 North Cityfront Plaza Dr., Ste. 3600
                                                         Chicago, Illinois  60611-599
                                                         (312) 321-4200

                                                         Duane R. Skavdahl  (0060893)
                                                         Attorney for Defendant BFT, Inc.
                                                         Smith, Rolfes & Skavdahl, L.P.A.
                                                         1014 Vine Street, Suite 2350
                                                         Cincinnati, Ohio  45202
                                                         (513) 579-0080
                                                         (513) 579-0222 (fax)


       SO ORDERED this _____ day of _____, 2003.


                                                          _____
                                                         UNITED STATES DISTRICT JUDGE

CinLibrary/1347520.1